**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian Anderson                                   CHAPTER 13

                        Debtor(s)

                                                           BKY. NO. 22-11907 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-D, Mortgage Pass-Through Certificates, Series 2006-D and index same on the master mailing list.

                                                   Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
24 Aug 2022, 10:01:24, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322