# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11907-MDC

BRIAN ANDERSON

3225 NORTH PARK AVENUE

PHILADELPHIA, PA 19140

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  BRIAN ANDERSON

  3225 NORTH PARK AVENUE

  PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK AND COOPER LAW FIRM
  1500 JFK BLVD., SUITE 220
  PHILADELPHIA, PA 19102-

Date: 12/1/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee